UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 99-1713

---

DANTE VINCENT CAMASTRO,

Plaintiff - Appellant,

versus

DICK ROBINSON; CLIFF RECTOR; JOHN DOES, and
one or more,

Defendants - Appellees,

CITY OF WHEELING,

Party-in-interest.

---

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  Frederick P. Stamp, Jr., Chief District Judge. (CA-98-73-5)

---

Submitted:  August 5, 1999          Decided:  August 10, 1999

---

Before MURNAGHAN and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Dante Vincent Camastro, Appellant Pro Se.  John Edward Gompers, GOMPERS, MCCARTHY & MCCLURE, Wheeling, West Virginia; Cliff Rector, Bridgeport, Ohio, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dante Vincent Camastro appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Camastro v. Robinson, No. CA-98-73-5 (N.D.W.Va. Apr. 27, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED